**98–1683.   State v. Sells.**
Logan App. No. 8–97–36.   Reported at 84 Ohio St.3d 1408, 701 N.E.2d 1019.   On motion for

reconsideration.  Motion denied.

PFEIFER, J., dissents.